1   MARK L. BLOCK, ESQ. (SBN 115457)
    mblock@wargofrench.com
2   JEFFREY N. WILLIAMS, ESQ. (SBN 274008)
    jwilliams@wargofrench.com
3   WARGO & FRENCH LLP
    1888 Century Park East, Suite 1520
4   Los Angeles, CA 90067
5   Telephone:  (310) 853-6300
    Facsimile:  (310) 853-6333
6

7   Attorneys for Defendants
8   JPMORGAN CHASE BANK, N.A.

9           **UNITED STATES DISTRICT COURT**
10          **NORTHERN DISTRICT OF CALIFORNIA**

11  
12  SCOTT BOWMAN,                           Case No. CV12-3832-JCS

13           Plaintiffs,                    **JOINT STIPULATION TO EXTEND
                                            TIME TO RESPOND TO INITIAL**
14       v.                                 **COMPLAINT (L.R. 6-1(a))**

15
16  JPMORGAN CHASE BANK, N.A., and
    DOES 1 through 20, inclusive,
17
             Defendants.
18

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

---

**STIPULATION**

1      1.      Plaintiff Scott Bowman ("Plaintiff") and Defendant JPMorgan Chase Bank N.A. ("Chase") desire to continue Chase's responsive pleading deadline by thirty days so that the parties may focus their energies on properly understanding the issues in this case and/or resolving the action.  This extension of time shall not alter any Court deadline, and under Local Rule 6-1(a), need not be approved by the Court.

      2.      The parties therefore stipulate that:

          a.      Chase shall have until September 30, 2012, to answer, plead, or otherwise respond to Plaintiff's Complaint.

Dated:  August 31, 2012

      WARGO & FRENCH LLP

      By: _____

          MARK L. BLOCK
          JEFFREY N. WILLIAMS

      Attorneys for Defendants
      JPMorgan Chase Bank, N.A.

Dated:  August 31, 2012

      DELTA LAW GROUP

      By: _____

          JIM G. PRICE

      Attorney for Plaintiff
      Scott Bowman

Dated: 9/4/12

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

JOINT STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1520, Los Angeles, California 90067.

On August 31, 2012, I served the foregoing document(s) described as **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on August 31, 2012 at Los Angeles, California.

_____
Jeffrey N. Williams

**SERVICE LIST**

1

2  Jim G. Price, Esq.
   Delta Law Group
3  6569 Brentwood Boulevard
4  P.O. Box 1417
   Brentwood, CA 94513
5  *Plaintiffs in Pro Per*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28