**United States District Court**
For the Northern District of California

1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SCOTT BOWMAN,                              No. C 12-03832 JSW

10                Plaintiff,                    ***SUA SPONTE* REFERRAL
                                               ORDER, ORDER CONTINUING**
11      v.                                     **CASE MANAGEMENT
                                               CONFERENCE AND DENYING**
12   JP MORGAN CHASE BANK, N.A.,               **AS MOOT MOTION TO APPEAR
                                               BY TELEPHONE**
13                Defendant.
     _____/
14

15         Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY

16   REFERS this matter to Magistrate Judge Ryu to determine whether it is related to *Scott*

17   *Bowman v. National Asset Recovery Systems, Inc.*, 4:12-cv-02552-DMR.  If the parties wish to

18   respond to this Order, they shall file any responses in the case pending before Magistrate Judge

19   Ryu.  *See* N.D. Civ. L.R. 3-12(c)-(e).  The Court CONTINUES the case management

20   conference to Friday, December 14, 2012 at 1:30 p.m.  The Court DENIES AS MOOT the

21   pending motion for Defendant's counsel to appear by telephone.  If the case is not related,

22   counsel may renew that request on or before December 7, 2012.

23         **IT IS SO ORDERED.**

24   Dated: November 9, 2012                   _____
                                               JEFFREY S. WHITE
25                                             UNITED STATES DISTRICT JUDGE

26

27   cc:    Magistrate Judge Ryu

28