```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
SCOTT BOWMAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOWMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and<br>DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.:  CV12-3832-DMR<br><br>**STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned

///

///

///

///

1

1  action be and hereby is dismissed with prejudice pursuant to
2  FRCP 41(a)(1).
3  DATED:   February 27, 2013        DELTA LAW GROUP

                                     /s/ Jim G. Price

                               BY:_____
                                     JIM G. PRICE*
                                     Attorneys for Plaintiff
                                     SCOTT BOWMAN


   DATED:   February 28, 2013        WARGO & FRENCH LLP

                                     /s/ Jeffrey N. Williams

                               BY:_____
                                     JEFFREY N. WILLIAMS
                                     Attorneys for Defendant
                                     JPMORGAN CHASE BANK, N.A.




* I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Jeffrey N. Williams has concurred in this filing.
*/s/ Jim G. Price*

2